JOHN SIEGEL et al., Respondents, *v.* EDSON LEWIS et al., Appellants.

A comparison of the amount of labor necessary to perform two different kinds of business is not material or proper in determining what is the usage as to compensation, or what is a fair value for services in one of them.

(Argued March 17, 1873; decided June term, 1873.)

THIS action was brought by plaintiffs, as real estate agents, to recover commissions for their services in procuring the sale of a lease for defendants.

One of the plaintiffs, after testifying in their behalf as to the services rendered by them and relative to the compensation to which they were entitled, was asked, upon cross-examination, " whether it is any more labor for a broker to negotiate the sale of a lease than it is to negotiate a sale of a title to property ? "   This question was objected to by plaintiffs' counsel, and objection sustained.   *Held,* no error; that such a comparison was irrelevant and immaterial.

Various other questions as to the reception or rejection of evidence, and as to the charge of the court, were disposed of mainly upon the facts in the case or upon the ground of the insufficiency of the objections.

*J. H. Van Derzee* for the appellants.

*Samuel Hand* for the respondents.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.